| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 1:14-cv-05617 Judge Joan B. Gottschall |
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION FOR** |
| ENAAM MAHMOUD | ) | **LEAVE TO FILE** |
| ARNAOUT, | ) | **PROVISIONALLY UNDER** |
| Defendant. | ) | **SEAL and JOINT MOTION** |
| | ) | **FOR FILING OF** |
| | ) | **JUDGMENT UNDER SEAL** |
| | ) | **UNTIL EFFECTIVE DATE** |
| | ) | |
| | ) | **NOTICED FOR** |
| | ) | **PRESENTMENT on** |
| | ) | **March 20, 2019 at 8:30 a.m.** |

## JOINT MOTION FOR LEAVE
## TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL; JOINT MOTION FOR
## FILING OF JUDGMENT UNDER SEAL UNTIL EFFECTIVE DATE

The Parties hereby file this Joint Motion for Leave to File Documents Provisionally under Seal, as follows:

The Parties on this date filed their Joint Status Report, indicating to this Court that the Settlement Agreement in this matter has been finalized and all necessary signatures obtained.

In addition to the Joint Status Report, the Parties hereby move to file their Joint Motion for Consent Judgment with this Court under seal. The Parties seek to file their Joint Motion under seal because they contain information related to jurisdiction, as well as an agreed final date for the disposition of this matter. The Joint Motion for Consent Judgment in this matter was filed provisionally under seal immediately prior to the filing of this Joint Motion, pursuant to the Local Rules of this Court. The parties also hereby move the Court to file its Judgement under seal until

the effective date of its Judgment.

Should the Court require any additional information from the Parties regarding this Motion or the Settlement Agreement itself, the Parties are glad to provide that information in the appropriate context.

Respectfully submitted this 8th day of March, 2019.

<table>
<tr>
<td>

JOSEPH H. HUNT
Assistant Attorney
General Civil Division

WILLIAM C. PEACHEY
Director
District Court Section
Office of Immigration Litigation
U.S. Department of Justice

TIMOTHY M. BELSAN
Chief, National Security and Affirmative
Litigation Unit,
District Court Section
Office of Immigration Litigation

*/s/ Anthony D. Bianco*
ANTHONY D. BIANCO
Senior Litigation Counsel
New York Bar No. 4601803
National Security and Affirmative Litigation
Unit,
District Court Section
Office of Immigration Litigation Civil Division,
U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-8014
Fax: (202) 305-7000
Email: anthony.d.bianco@usdoj.gov
*Attorneys for Plaintiff*

</td>
<td>

*/s/ Christina Jump*
Charles D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

KHALIL JAAFAR KHALIL
Zarzour Khalil & Tabbara, LLC
70 E. Lake Street, Suite 1220
Chicago, IL 60601
Telephone: (312) 356-3200
Fax: (312) 356-3222
Email: khalil@zktlaw.com

*Attorneys for Defendant*

</td>
</tr>
</table>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Christina Jump
Christina A. Jump
*Attorney for Defendants*