**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:14-cv-05617 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **AGREED MOTION TO EXTEND HEARING** |
| ENAAM MAHMOUD ARNAOUT, | ) ) ) | |
| Defendant. | ) ) ) | |

Plaintiff United States of America and Defendant Enaam Mahmoud Arnaout ("Defendant") (together, the "Parties"), by and through their respective counsel, jointly move this Court to continue the hearing previously set for Wednesday, January 15, 2020, until Friday, January 17, 2020. Counsel request this additional time to await delivery of documents already in transit, in compliance with the previously filed Consent Judgment in this matter. Should a hearing on Friday, January 17, 2020 become unnecessary prior to that date, counsel will advise the Court accordingly.

DATED: January 14, 2020

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
U.S. Department of Justice

WILLIAM C. PEACHEY
Director
District Court Section
Office of Immigration Litigation
U.S. Department of Justice

TIMOTHY M. BELSAN
Chief
National Security & Affirmative
    Litigation Unit
District Court Section
Office of Immigration Litigation
U.S. Department of Justice

By: */s/ Anthony D. Bianco*
    ANTHONY D. BIANCO
    Senior Litigation Counsel
    District Court Section
    Office of Immigration Litigation
    U.S. Department of Justice
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-8014
    Fax: (202) 305-7000
    Email: anthony.d.bianco@usdoj.gov

*Attorneys for the United States*

By: */s/ Christina A. Jump*
    CHARLIE SWIFT
    Attorney and Director
    CHRISTINA A. JUMP
    Civil Litigation Department Head
    Constitutional Law Center for Muslims in
    America
    833 E. Arapaho Rd, Suite 102
    Richardson, TX 75081
    Telephone: (972) 914-2507
    Direct: (972) 914-2511

THOMAS ANTHONY DURKIN
Attorney & Counselor
Durkin Roberts & Grohman
2446 N. Clark Street
Chicago, IL 60614
Telephone: (312) 981-0123
Fax: (312) 913-9235
Cell: (312) 909-8980
Email: tdurkin@durkinroberts.com

KHALIL JAAFAR KHALIL
Zarzour Khalil & Tabbara, LLC
70 E. Lake Street
Suite 1220
Chicago, IL 60601
Telephone: (312) 356-3200
Fax: (312) 356-3222
Email: khalil@zktlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2020, I filed the foregoing with the Clerk of the Court through the Court's ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: January 14, 2020                     */s/ Christina A. Jump*
                                            Christina A. Jump

                                            *Attorney for Enaam Arnaout*