# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**ENAAM MAHMOUD ARNAOUT,**<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:14-cv-05617 Judge Joan B. Gottschall<br><br>STATEMENT OF LACK OF OPPOSITION TO APPLICATION TO UNSEAL<br><br>Application Noticed for Presentment for Wednesday, January 15, 2020, at 9:30 a.m., Courtroom 2325 |

## STATEMENT OF LACK OF OPPOSITION TO APPLICATION TO UNSEAL

Plaintiff in this matter filed its Application to Unseal Document earlier today. Doc. 106. Defense counsel hereby notifies this Court that Defendant Enaam Arnaout is unopposed to Plaintiff's Application.

Respectfully submitted this 14th day of January, 2020.

*/s/ Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Charles D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507

Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

KHALIL JAAFAR KHALIL
Zarzour Khalil & Tabbara, LLC
70 E. Lake Street, Suite 1220
Chicago, IL 60601
Telephone: (312) 356-3200
Fax: (312) 356-3222
Email: khalil@zktlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*

2