# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

United States of America

                Plaintiff,

v.

Enaam Mahmoud Arnaout

                Defendant.

Case No.: 1:14–cv–05617
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2020:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiffs' agreed motion [106] to unseal and the parties' joint motion [108] to continue the 1/15/2020 status hearing are granted. The clerk is directed to unseal docket entry number [100]. The hearings set for 1/15/2020 are stricken; no appearance required. A status hearing is set for 1/17/2020 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.