UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **1:14-cv-05617** |
| | ) | **Judge Joan B. Gottschall** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF DEFENDANT'S** |
| | ) | **COMPLIANCE WITH COURT** |
| ENAAM MAHMOUD ARNAOUT, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 19, 2019, the Court entered an Order Entering Judgment of Denaturalization.

*See* ECF No. 100.  The Court ordered, *inter alia*, the following:

> Defendant shall, within ten days of the effective date of this Order, surrender and deliver by overnight express courier his Certificate of Naturalization No. 20910984, any and all U.S. passports issued to him, and any other indicia of U.S. citizenship (e.g. voter registration cards), including and copies thereof, in his possession and control, and to make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others) to counsel for Plaintiff, Anthony D. Bianco.

*Id.* at ¶ 7.  The Court entered an effective date of December 31, 2019.  *Id.* at ¶ 8.  The Court further ordered the parties to appear in person for a compliance hearing on January 10, 2020, "at which Defendant must demonstrate that she has complied with this Order, unless the Government provides notice prior to the hearing that Defendant has fully complied."  *Id.*  On January 9, 2020, the Court reset the compliance hearing date to January 15, 2020.  ECF No. 105. On January 14, 2020, the Court again reset the compliance hearing, this time to January 17, 2020.  ECF No. 111.

Defendant hereby provides notice that on January 15, 2020, undersigned counsel received from Defendant, through counsel and via Federal Express, Defendant's U.S. passport and his

1

Certificate of Naturalization.  Based on the foregoing, Defendant has fully complied with the Court's order dated March 19, 2019.  ECF No. 100.  Thus, Plaintiff hereby apprises the Court that it requires no further action from the Court with respect to this matter.

DATED: January 15, 2020

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

TIMOTHY M. BELSAN
Chief
National Security & Affirmative Litigation Unit
District Court Section
Office of Immigration Litigation

*/s/ Anthony D. Bianco*
ANTHONY D. BIANCO
Senior Counsel for National Security
National Security & Affirmative Litigation Unit
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-8014
Email: anthony.d.bianco@usdoj.gov

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2020, I filed the foregoing document and any exhibits and attachments thereto, together with a proposed order, with the Clerk of the Court through the Court's ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

DATED: January 15, 2020.

*/s/ Anthony D. Bianco*
ANTHONY D. BIANCO
Senior Counsel for National Security
National Security & Affirmative Litigation Unit
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-8014
Email: anthony.d.bianco@usdoj.gov

*Attorney for Plaintiff*

3